# United States District Court
# For The Western District of North Carolina
# Asheville Division

NATIONAL ALLIANCE FOR ACCESSIBILITY,
INC., A Florida Non-Profit Corporation; and
DENISE PAYNE, individually,

        Plaintiffs,                        JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv79

BHUNA CORPORATION, a North Carolina,
corporation,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 30, 2011 Order of Dismissal.

                                                Signed: December 30, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court